UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:    17-18950
Dewitt and Belinda Biloche,               )
                                          )
                                          )          Chapter: 13
                                          )
                                          )          Honorable LaShonda Hunt
                                          )
                                          )          Joliet
                    Debtor(s)             )

**ORDER GRANTING MOTION FOR LEAVE TO OBTAIN CREDIT/INCUR DEBT**

This matter coming on for hearing on the Motion by Debtors, notice having been given to all parties entitled thereto, the Court being fully advised in the premises:

IT IS ORDERED:

1. The Motion is GRANTED.

2. The Debtors are granted leave to obtain financing in the amount of up to $20,000.00 at up to 17% APR with monthly payments of up to $470.00 for the purchase of a 2017 Chrysler Pacifica or similar vehicle.

3.  The Debtors are further granted leave to trade in their 2016 Hyundai Santa Fe for payment of $10,500.00 with the $3,602.49 unsecured portion of the Hyundai loan rolled into the financing for the Chrysler that is sought in paragraph 2 above.


                                          Enter:      *LaShonda A. Hunt*

                                                      Honorable LaShonda A. Hunt
Dated:  June 04, 2021                                 United States Bankruptcy Judge

**Prepared by:**

John J. Ellmann
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100